AO 442 (Rev 01/09) Arrest Warrant (ARED rev. 7/6/2021)

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

NOV 18 2022

TAMMY H. DOWNS, CLERK

By: 
DEP CLERK

United States of America

v.

Case No.: 4:22CR00319-13 LPR

Jason McDonald

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Jason McDonald**, who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: Conspiracy - PWID methamphetamine. 21 USC 846., Conspiracy - PWID fentanyl. 21 USC 846., Distribution of methamphetamine. 21 USC 841(b)(1)(B), Distribution fentanyl. 21 USC 841(b)(1)(B), PWID marijuana. 21 USC 841(b)(1)(D), Felon in possession of firearm. 18 USC 922(g), Poss. firearm in furtherance drug-trafficking crime. 18 USC 924(c), as further explained in the attached documents.

Date: November 3, 2022

*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11-4-2022, and the person was arrested on *(date)* 11-9-2022 at *(city and state)* Jefferson, AR |
| Date: 11-9-2022 |
| *Arresting officer's signature* |
| Branden Dawdson |
| *Printed name and title* |