## CRIMINAL CASE MINUTES

    **Case Title:**    **USA v Jason McDonald**

    **Case Number:**    **4:22-cr-00319-13 LPR**

    **Before U.S. Magistrate Judge Joe J. Volpe**

    **Date of hearing:**  **November 18, 2022**

    **Time in court:**    **11:15 a.m. - 12:14 p.m.**

    **ECRO/CRD:**    **Lorna Jones**

The parties appeared for a detention hearing.  The Court heard witness testimony and brief argument from defense counsel before ordering Mr. McDonald detained pending trial for reasons stated on the record. Court adjourned.

            **AUSA:**  **Chris Givens**

    **Defense Counsel:**  **Patrick Benca**

            **USPO:**  **Ryan Clodfelter**