IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                             Case No. 4:22-CR-00319-13-LPR

JASON MCDONALD                                                                  DEFENDANT

## ORDER

Defendant's Motion to Reduce Sentence (Doc. 358) is DENIED.

First, Amendment 821 was considered when Defendant was sentenced on May 5, 2025. It does not apply because Defendant possessed a firearm in connection with the offense. *See* U.S.S.G. § 4C1.1(a)(7).

Second, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 11th day of August, 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 264.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (per curiam) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).